# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2021

162537(92)
162538

BOBBIE JO KOOMAN, Personal Representative
of the ESTATE OF ROBERT J. ROMIG, and
TERRY ROMIG,
       Plaintiffs-Appellants,

v

BOULDER BLUFF CONDOMINIUMS
UNITS 73-123, 125-146, INC., doing business
as BOULDER BLUFF ESTATES
CONDOMINIUM ASSOCIATION, and GEROW
MANAGEMENT COMPANY, INC.,
       Defendants-Appellees.

_____

BOBBIE JO KOOMAN, Personal Representative
of the ESTATE OF ROBERT J. ROMIG, and
TERRY ROMIG,
       Plaintiffs-Appellants,

v

BOULDER BLUFF CONDOMINIUMS UNITS
73-123, 125-146, INC., doing business as
BOULDER BLUFF ESTATES CONDOMINIUM
ASSOCIATION, "BOULDER BLUFF ESTATES
CONDOMINIUM ASSOCIATION," and
GEROW MANAGEMENT COMPANY, INC.,
       Defendants-Appellees.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 162537
COA: 347653
Ottawa CC: 18-005518-NO

SC: 162538
COA: 348254
Ottawa CC: 18-005518-NO

      On order of the Chief Justice, the motion of the Fair Housing Centers to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 15, 2021, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      March 17, 2021

                     Clerk